## EXHIBIT A

**Proposed Order**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, | Adv. Pro. No. 22-50514 (JTD) |
| Plaintiffs, | |
| v. | |
| FTX TRADING, LTD., *et al.* | Ref. Nos. 1 & __ |
| Defendants. | |

### ORDER GRANTING DEBTORS' MOTION TO
### EXTEND TIME TO RESPOND TO THE COMPLAINT

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtor Defendants"),[3] seeking entry of an order (this "Order") pursuant to rule 9006 of the Bankruptcy Rules and rule 7012-2 of the Local Rules extending the time for the Debtors to answer, move or otherwise respond to the Complaint by 90 days through and including May 11, 2023; and this Court having jurisdiction to consider the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

[3] Each of the Debtors in these Chapter 11 Cases is named as a Defendant in this Complaint. A list of the Debtor-Defendants subject to the Complaint is listed in Exhibit A of the Complaint [Adv. D.I. 1].

{1368.002-W0069996.}

Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

        **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein; and

2. The time for the Debtors to answer, move or otherwise respond to the Complaint is extended to May 11, 2023, which may be further extended by agreement of the Parties or order of the Court.

3. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: _____
     Wilmington, Delaware

                                           The Honorable John T. Dorsey
                                           United States Bankruptcy Judge