# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors.<br><br>———<br><br>AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM,<br><br>Plaintiffs,<br><br>v.<br><br>FTX TRADING, LTD., *et al.*<br><br>Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 22-50514 (JTD)<br><br><br><br><br><br>Ref. Nos. 1 & 6 |

## CERTIFICATION OF COUNSEL

I, Matthew R. Pierce, counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1.  On December 28, 2022, the Ad Hoc Committee of Non-US Customers of FTX.com (the "Plaintiffs" or the "Ad Hoc Committee") filed the *Complaint for Declaratory Judgment* (the "Complaint") [Adv. D.I. 1] in the above-captioned adversary proceeding against FTX Trading Ltd., *et al.*[2], (collectively, the "Debtor Defendants").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The Complaint names each of the Debtors in these Chapter 11 Cases as a Defendant. A list of the Debtor-Defendants subject to the Complaint is attached as Exhibit A to the Complaint.

{1368.002-W0070088.2}

2. On December 29, 2022, the Plaintiffs served a copy of the Complaint on the Debtor Defendants.

3. Pursuant to rule 7012(a) of the Federal Rules of Bankruptcy Procedure, the deadline for the Debtor Defendants to answer, move or otherwise respond to the Complaint was January 30, 2023 (the "Response Deadline").[3]

4. The Plaintiffs and the Debtor Defendants (together, the "Parties") filed the *Stipulation Extending Time to Respond to the Complaint* [Adv. D.I. 4] extending the Response Deadline to February 10, 2023.

5. On February 10, 2023, the Debtor Defendants filed the *Motion of Debtors for Entry of an Order Extending Time to Respond to the Complaint* [Adv. D.I. 6] (the "Motion") requesting relief to further extend the Response Deadline.

6. The Parties have conferred and agreed to a revised proposed form of order to resolve the Motion (the "Revised Order"), a copy of which is attached hereto as **Exhibit 1**. A copy of the Revised Order compared against the proposed form of order attached to the Motion is attached hereto as **Exhibit 2**. The Ad Hoc Committee consents to entry of the Revised Order.

7. Accordingly, the Debtors respectfully request that the Bankruptcy Court enter the Revised Order at its earliest convenience.

---

[3] Thirty (30) days from service of the Complaint was Saturday, January 28, 2023 and was automatically moved to the next business day pursuant to Bankruptcy Rule 9006(a)(1).

{1368.002-W0070088.2}

| | |
|---|---|
| Dated: February 28, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |