# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM,<br><br>           Plaintiff,<br><br>           v.<br><br>FTX TRADING, LTD., *et al.*,<br><br>           Defendants. | Adv. Proc. No. 22-50514 (JTD)<br><br>**Re: A.D.I. 10, 11, 12** |

**APPENDIX TO THE OPENING BRIEF IN SUPPORT OF THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PROPRIETARY CLAIMS BY FTX.COM CUSTOMERS DECLARATION SUBMITTED BY DAVID QUEST KC**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@morrisnichols.com
mharvey@morrisnichols.com
ptopper@morrisnichols.com

**EVERSHEDS SUTHERLAND (US) LLP**
Erin E. Broderick
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Telephone: (312) 724-9006
Facsimile: (312) 724-9322
erinbroderick@eversheds-sutherland.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the debtors' claims and noticing agent's website at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| **EVERSHEDS SUTHERLAND (US) LLP** | **EVERSHEDS SUTHERLAND (US) LLP** |
| David A. Wender | Peter A. Ivanick |
| Nathaniel T. DeLoatch | Sarah E. Paul |
| 999 Peachtree St NE | The Grace Building, 40th Floor |
| Atlanta, GA 30309 | 1114 Avenue of the Americas |
| Telephone: (404) 853-8000 | New York, New York 10036 |
| Facsimile: (404) 853-8806 | Telephone: (212) 389-5000 |
| davidwender@eversheds-sutherland.com | Facsimile: (212) 389-5099 |
| nathanieldeloatch@eversheds-sutherland.com | peterivanick@eversheds-sutherland.com |
| | sarahpaul@eversheds-sutherland.com |

*Counsel for Ad Hoc Committee of Non-US Customers of FTX.com*

Dated:  March 24, 2023
        Wilmington, Delaware

# INDEX

| OPENING BRIEF ||
|---|---|
| **Document Name**[1] | **Appendix No.** |
| Complaint for Declaratory Judgment, No. 22-50514-JTD (Bankr. D. Del. Dec. 28, 2022) [D.I. 1] | A000001 |
| FTX Terms of Service | A000088 |
| In re Celsius Network LLC (In re Celsius), No. 22-10964-MG (Bankr. S.D.N.Y. Sept. 1, 2022) [D.I. 1767] | A000150 |
| In re BlockFi Inc. (In re BlockFi), No. 3:22-19361-MBK (Bankr. D.N.J. Dec. 19, 2022) [D.I. 121] | A000157 |
| In re Voyager Digital Holdings, Inc., No. 22-10943-MEW (Bankr. S.D.N.Y. July 14, 2022) [D.I. 247] | A000200 |
| Notice of Presentation to the Official Committee of Unsecured Creditors: Preliminary Analysis of Shortfalls at FTX Exchanges [D.I. 792] | A000206 |
| Notice of Presentation to the Official Committee of Unsecured Creditors: Preliminary Analysis of Shortfalls at FTX Exchanges [D.I. 507] | A000232-1 |
| John J. Ray, III's Testimony before the US House Financial Services Committee, Dec. 13, 2022 | A000233 |
| Transcript of First Day Hearing, held on Nov. 22, 2022 [D.I. 142] | A000234 |
| Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings, filed on November 17, 2022 [D.I. 24] | A000314 |
| Declaration of Edgar W. Mosley [D.I. 337] | A000344 |
| In re Celsius Network LLC, No. 22-10964 (MG) (S.D.N.Y. Jan. 4, 2023) [D.I. 1822] | A000529 |
| Commodity Futures Trading Comm'n v. Bankman-Fried, 1:22-cv-10503-PKC (S.D.N.Y. Dec. 21, 2022) [D.I. 1] | A000574 |

---

[1] Documents in the Index are in the order of appearance in the *Opening Brief in Support of the Ad Hoc Committee of Non-US Customers of FTX.com's Motion for Partial Summary Judgment* filed contemporaneously herewith.

| | |
|---|---|
| FTX Policy: FTX's Key Principles for Ensuring Investor Protections on Digital-Asset Platforms (Mar. 10, 2022) | A000614 |
| Testimony of Sam Bankman-Fried Co-Founder and CEO of FTX, U.S. Senate Committee on Agriculture, Nutrition and Forestry (Feb. 9, 2022) | A000627 |
| Bankman-Fried (@SBF_FTX), Twitter (June 27, 2022), 1:29 P.M. | A000666 |
| Bankman-Fried (@SBF_FTX), Twitter (Nov. 7, 2022) [deleted tweet] Available under Sec. and Exch. Comm'n v. Bankman-Fried, 1:22-cv-10794-PKC (S.D.N.Y. Dec. 21, 2022) (D.I. 1) at ¶ 107 (A000699) | A000667 |
| Transcript of Second Day Hearing, held on Jan. 11, 2023 [D.I. 489] | A000705 |
| Adversary Proceeding Complaint filed by Debtors against FTX Digital Markets Ltd. et al., filed on March 19, 2023, [D.I. 1119] | A000876 |
| United States v. Caroline Ellison, No. 22-cr-673 (S.D.N.Y. 2022), Transcript of Caroline Ellison Guilty Plea, held on Dec. 19, 2022 | A000903 |
| United States v. Zixiao Wang, No. 22-cr-673 (S.D.N.Y. 2022), Transcript of Gary Wang Guilty Plea, held on Dec. 19, 2022 | A000938 |
| United States v. Nishad Singh, No. 22-cr-673 (S.D.N.Y. 2022), Transcript of Nishad Singh Guilty Plea, held on Feb. 28, 2023 | A000972 |
| United States v. Samuel Bankman-Fried a/k/a "SBF", 22-cr-673 (S.D.N.Y. Dec. 9, 2022), [D.I. 80] | A001011 |
| Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner, [D.I. 176] | A001050 |
| Investors Compensation Scheme Ltd v. West Bromwich Building Society [1998] 1 WLR 896 | A001079 |
| Chartbrook Ltd v. Persimmon Homes Ltd [2009] UKHL 38, [2009] 1 AC 1101 | A001096 |
| Rainy Sky SA v. Kookmin Bank [2011] UKSC 50, [2011] 1 WLR 2900 | A001137 |
| Arnold v. Britton [2015] UKSC 36, [2015] AC 1619 | A001158 |
| Wood v. Capita Insurance Services Ltd [2017] UKSC 24, [2017] 2 WLR 1095 | A001207 |
| Law Commission Digital Assets Consultation Paper (LawCom 256) | A001222 |

| | |
|---|---|
| Wang v. Darby [2021] EWHC 3054 (Comm) | A001771 |
| Dhingra v. Dhingra [1999] EWCA Civ 1899 | A001797 |
| Pearson v. Lehman Brothers [2010] EWHC 2914 | A001806 |
| Pearson v. Lehman Brothers [2011] EWCA Civ 1544 | A001903 |
| Alameda Research Ltd. v. Voyager Digital, LLC, No. 22-11068, Adv. Proc. No. 23-50084 (Bankr. D. Del. Jan. 30, 2023) [D.I. 596] | A001939 |
| **QUEST DECLARATION** | |
| **Document Name[2]** | **Appendix No.** |
| UK Jurisdiction Taskforce Legal Statement on Cryptoassets and Smart Contracts | A001952 |
| AA v. Persons Unknown [2019] EWHC 3556 (Comm). | A002016 |
| Danisz v. Persons Unknown [2022] EWHC 280 (QB) | A002039 |
| DPP v. Briedis [2021] EWHC 3155 (Admin) | A002044 |
| Litecoin Foundation Ltd. v. Inshallah Ltd [2021] EWHC 1998 (Ch) | A002050 |
| New Ruscoe v. Cryptopia Ltd [2020] NZHC 728 | A002062 |
| Smith v. Torque Group Holdings Ltd., Unreported, 2 July 2021 | A002108 |
| Wang v. Darby [2021] EWHC 3054 (Comm) | A002116 |
| Investors Compensation Scheme Ltd v. West Bromwich Building Society [1998] 1 WLR 896 | A002142 |
| Chartbrook Ltd v. Persimmon Homes Ltd [2009] UKHL 38, [2009] 1 AC 1101 | A002159 |
| Rainy Sky SA v. Kookmin Bank [2011] UKSC 50, [2011] 1 WLR 2900 | A002200 |
| Arnold v. Britton [2015] UKSC 36, [2015] AC 1619 | A002221 |
| Wood v. Capita Insurance Services Ltd [2017] UKSC 24, [2017] 2 WLR | A002270 |

---

[2] Documents in the Index are in the order of appearance in the *Proprietary Claims by FTX.com Customers Declaration*, submitted by David Quest KC filed contemporaneously herewith.

| | |
|---|---|
| 1095 | |
| Law Commission Digital Assets Consultation Paper (LawCom 256) | A002285 |
| Quoine v. B2C2 [2020] SGCA(I) 02 | A002834 |
| Pearson v. Lehman Brothers [2010] EWHC 2914 | A002943 |
| Pearson v. Lehman Brothers [2011] EWCA Civ 1544 | A003040 |
| Dhingra v. Dhingra [1999] EWCA Civ 1899 | A003076 |

Dated:  March 24, 2023

                                            */s/ Eric D. Schwartz*_____
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@morrisnichols.com
mharvey@morrisnichols.com
ptopper@morrisnichols.com


-AND-


**EVERSHEDS SUTHERLAND (US) LLP**
Erin E. Broderick
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Telephone: (312) 724-9006
Facsimile: (312) 724-9322
erinbroderick@eversheds-sutherland.com


-and-

David A. Wender
Nathaniel T. DeLoatch
999 Peachtree St NE
Atlanta, GA 30309
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
davidwender@eversheds-sutherland.com
nathanieldeloatch@eversheds-sutherland.com

-and-

Peter A. Ivanick
Sarah E. Paul
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
peterivanick@eversheds-sutherland.com
sarahpaul@eversheds-sutherland.com

*Counsel for Ad Hoc Committee of Non-US Customers of FTX.com*