## Exhibit A

*VIA EMAIL & CM/ECF*

**LANDIS RATH & COBB LLP**
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
T: 302-467-4400
F: 302-467-4450
Email: landis@lrclaw.com
　　　  brown@lrclaw.com
　　　  pierce@lrclaw.com

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Krantzley
125 Broad Street
New York, NY 10004
T: 212-558-400
F: 212-558-3588
Email: dietdericha@sullcrom.com
　　　  bromleyj@sullcrom.com
　　　  gleucksteinb@sullcrom.com
　　　  krantzleya@sullcrom.com