IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM,<br><br>Plaintiffs,<br><br>v.<br><br>FTX TRADING, LTD., *et al.*<br><br>Defendants. | <br><br><br><br>Adv. Pro. No. 22-50514 (JTD)<br><br>**Ref. Nos. 1, 4, 8 & 15** |

**ORDER APPROVING SECOND STIPULATION REGARDING
EXTENSION OF THE RESPONSE DEADLINE**

Upon the Certification of Counsel and the *Second Stipulation Regarding Extension of the Response Deadline* (the "Stipulation")[2] entered into between the Plaintiff and the Debtor Defendants, a copy of which is attached hereto as **Exhibit A**; and the Bankruptcy Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Stipulation is hereby APPROVED; and it is further

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

{1368.002-W0070577.}

ORDERED that this Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: April 17th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**