## EXHIBIT 1

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 22-50514 (JTD) |
| FTX TRADING, LTD., *et al.* | **Ref. Nos. 1, 4, 8. 10, 16 & __** |
| Defendants. | |

### ORDER APPROVING STIPULATION
### STAYING THE ADVERSARY PROCEEDING

Upon the Certification of Counsel and the *Stipulation Staying the Adversary Proceeding*

(the "Stipulation")[2] entered into between the Plaintiffs and the Debtor Defendants, a copy of

which is attached hereto as **Exhibit A**; and this Court being able to issue a final order consistent

with Article III of the United States Constitution; and venue of these Chapter 11 Cases in this

district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core

proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the

Stipulation has been given; and after due deliberation; and good and sufficient cause appearing

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

therefor;

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is APPROVED.

2.      The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: _____, 2023
        Wilmington, Delaware

                                    _____
                                    The Honorable John T. Dorsey
                                    United States Bankruptcy Judge

# EXHIBIT A

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 22-50514 (JTD) |
| FTX TRADING, LTD., *et al.* | **Ref. Nos. 1, 4, 8, 10 & 16** |
| Defendants. | |

### STIPULATION STAYING THE ADVERSARY PROCEEDING

This stipulation (the "Stipulation") is entered into by and between FTX Trading Ltd., and its affiliated debtors and debtors-in-possession (collectively, the "Debtor Defendants")[2] and the Ad Hoc Committee of Non-US Customers of FTX.com (the "Plaintiffs," and together with the Debtor Defendants, the "Parties"). The Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Each of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in these chapter 11 cases is named as a Defendant in this Complaint. A list of the Debtor Defendants is listed in Exhibit A of the Complaint [Adv. D.I. 1].

## RECITALS

WHEREAS, on December 28, 2022, the Plaintiffs filed the *Complaint for Declaratory Judgment* [Adv. D.I. 1] (the "Complaint") commencing the above-captioned adversary proceeding (the "Adversary Proceeding");

WHEREAS, on December 29, 2022, the Plaintiffs served the Complaint on the Debtor Defendants;

WHEREAS, on January 31, 2023, the Parties entered into the *Stipulation Extending Time to Respond to the Complaint* [Adv. D.I. 4], whereby the Parties agreed to extend the Debtor Defendants' deadline to answer, move or otherwise respond to the Complaint to February 10, 2023;

WHEREAS, on February 10, 2023, the Debtor Defendants filed the *Motion of Debtors for Entry of an Order Extending Time to Respond to the Complaint* [Adv. D.I. 6];

WHEREAS, on March 1, 2023, the Court entered an order [Adv. D.I. 8] under certification of counsel further extending the deadline to answer, move or otherwise respond to the Complaint to April 14, 2023;

WHEREAS, on March 24, 2023, the Plaintiffs filed the *Ad Hoc Committee of Non-US Customers of FTX.com's Motion for Partial Summary Judgment* [Adv. D.I. 10] (the "Summary Judgment Motion");

WHEREAS, on April 17, 2023, the Court entered the *Order Approving Second Stipulation Regarding Extension of the Response Deadline* [Adv. D.I. 16], further extending the Debtor Defendants' deadline to answer, move or otherwise respond to the Complaint to April 21, 2023 (the "Response Deadline");

WHEREAS the Parties have agreed, as set forth herein, to stay the Adversary Proceeding through and including July 31, 2023 (the "Stay").

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained or otherwise agreed to among the Parties, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

1.      The Parties agree that (i) all actions, proceedings, filings, orders, determinations, and discovery between the Parties related to or concerning the Complaint; and (ii) any and all deadlines, including but not limited to the Response Deadline, the Debtor Defendants' deadline to file its answering brief and any accompanying affidavits to the Summary Judgment Motion, any discovery related deadlines, and any other requirements in or related to the Adversary Proceeding shall be stayed through and including **July 31, 2023**, which may be further extended by agreement of the Parties or order of the Court.

2.      Upon the expiration of the Stay, the Parties shall meet and confer regarding either (a) an extension of the Stay, which may be effected by written agreement of the Parties to be submitted to the Court, or (b) a mutually acceptable proposed scheduling order establishing deadlines in the Adversary Proceeding to be submitted to the Court.

3.      The Stipulation shall become effective and immediately enforceable upon execution by counsel for each of the Parties and entry of an order by the Court approving the Stipulation.

4.      The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

5.      This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement.  Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

6.      The Bankruptcy Court shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

7.      Notwithstanding the possible application of any Bankruptcy Rule to the contrary, the Order approving this Stipulation shall be in full force and effect upon its entry.

Dated: April 21, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtor Defendants*

Dated:  April 21, 2023
          Wilmington, Delaware

*/s/ Matthew B. Harvey*

**MORRIS, NICHOLS, ARSHT &
TUNNELL LLP**
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
Brian Loughnane (No. 6853)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@morrisnichols.com
mharvey@morrisnichols.com
ptopper@morrisnichols.com
bloughnane@morrisnichols.com

**EVERSHEDS SUTHERLAND (US) LLP**
Erin E. Broderick
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Telephone: (312) 724-9006
Facsimile: (312) 724-9322
erinbroderick@eversheds-sutherland.com

**EVERSHEDS SUTHERLAND (US) LLP**
David A. Wender
Nathaniel T. DeLoatch
999 Peachtree St NE
Atlanta, GA 30309
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
davidwender@eversheds-sutherland.com
nathanieldeloatch@eversheds-sutherland.com

**EVERSHEDS SUTHERLAND (US) LLP**
Peter A. Ivanick
Sarah E. Paul
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
peterivanick@eversheds-sutherland.com
sarahpaul@eversheds-sutherland.com

*Counsel for the Ad Hoc Committee
of Non-US Customers of FTX.com*