# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 22-50514 (JTD) |
| FTX TRADING, LTD., *et al.* | **Ref. Nos. 1, 4, 8. 10, 16, 18 & 22** |
| Defendants. | |

## ORDER APPROVING STIPULATION
## STAYING THE ADVERSARY PROCEEDING

Upon the Certification of Counsel and the *Stipulation Staying the Adversary Proceeding* (the "<u>Stipulation</u>")[2] entered into between the Plaintiffs and the Debtor Defendants, a copy of which is attached hereto as **Exhibit A**; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

**Dated: August 2nd, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE