# EXHIBIT A

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM,<br><br>Plaintiffs,<br><br>v.<br><br>FTX TRADING, LTD., *et al.*<br><br>Defendants. | Adv. Pro. No. 22-50514 (JTD)<br><br>**Ref. Nos. 1, 4, 8, 10, 16 & 18** |

## STIPULATION STAYING THE ADVERSARY PROCEEDING

This stipulation (the "Stipulation") is entered into by and between FTX Trading Ltd., and its affiliated debtors and debtors-in-possession (collectively, the "Debtor Defendants")[2] and the Ad Hoc Committee of Non-US Customers of FTX.com (the "Plaintiffs," and together with the Debtor Defendants, the "Parties"). The Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Each of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in these chapter 11 cases is named as a Defendant in this Complaint. A list of the Debtor Defendants is listed in Exhibit A of the Complaint [Adv. D.I. 1].

# RECITALS

WHEREAS, on December 28, 2022, the Plaintiffs filed the *Complaint for Declaratory Judgment* [Adv. D.I. 1] (the "Complaint") commencing the above-captioned adversary proceeding (the "Adversary Proceeding");

WHEREAS, on December 29, 2022, the Plaintiffs served the Complaint on the Debtor Defendants;

WHEREAS, on January 31, 2023, the Parties entered into the *Stipulation Extending Time to Respond to the Complaint* [Adv. D.I. 4], whereby the Parties agreed to extend the Debtor Defendants' deadline to answer, move or otherwise respond to the Complaint to February 10, 2023;

WHEREAS, on February 10, 2023, the Debtor Defendants filed the *Motion of Debtors for Entry of an Order Extending Time to Respond to the Complaint* [Adv. D.I. 6];

WHEREAS, on March 1, 2023, the Court entered an order [Adv. D.I. 8] under certification of counsel further extending the deadline to answer, move or otherwise respond to the Complaint to April 14, 2023;

WHEREAS, on March 24, 2023, the Plaintiffs filed the *Ad Hoc Committee of Non-US Customers of FTX.com's Motion for Partial Summary Judgment* [Adv. D.I. 10] (the "Summary Judgment Motion");

WHEREAS, on April 17, 2023, the Court entered the *Order Approving Second Stipulation Regarding Extension of the Response Deadline* [Adv. D.I. 16], further extending the Debtor Defendants' deadline to answer, move or otherwise respond to the Complaint to April 21, 2023;

WHEREAS, on April 21, 2023, the Court entered the *Order Approving Stipulation Staying the Adversary Proceeding* [Adv. D.I. 18], staying the adversary proceeding, through and including July 31, 2023;

WHEREAS the Parties have agreed, as set forth herein, to further stay the Adversary Proceeding indefinitely, unless otherwise agreed to by the Parties or further order of the Court (the "Stay").

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained or otherwise agreed to among the Parties, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

1. The Parties agree that (i) all actions, proceedings, filings, orders, determinations, and discovery between the Parties related to or concerning the Complaint; and (ii) any and all deadlines, including but not limited to the Response Deadline, the Debtor Defendants' deadline to file its answering brief and any accompanying affidavits to the Summary Judgment Motion, any discovery related deadlines, and any other requirements in or related to the Adversary Proceeding shall be stayed indefinitely, unless otherwise agreed to by the Parties or further order of the Court.

2. The Stipulation shall become effective and immediately enforceable upon execution by counsel for each of the Parties and entry of an order by the Court approving the Stipulation.

3. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

4. This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement. Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

5. The Bankruptcy Court shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

6. Notwithstanding the possible application of any Bankruptcy Rule to the contrary, the Order approving this Stipulation shall be in full force and effect upon its entry.

| | |
|---|---|
| Dated: August 1, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       mcguire@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Counsel for the Debtor Defendants* |

Dated: August 1, 2023
Wilmington, Delaware

*/s/ Matthew B. Harvey*

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>Brian Loughnane (No. 6853)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>eschwartz@morrisnichols.com<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com<br>bloughnane@morrisnichols.com | **EVERSHEDS SUTHERLAND (US) LLP**<br>Erin E. Broderick<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Telephone: (312) 724-9006<br>Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com |
| **EVERSHEDS SUTHERLAND (US) LLP**<br>David A. Wender<br>Nathaniel T. DeLoatch<br>999 Peachtree St NE<br>Atlanta, GA 30309<br>Telephone: (404) 853-8000<br>Facsimile: (404) 853-8806<br>davidwender@eversheds-sutherland.com<br>nathanieldeloatch@eversheds-sutherland.com | **EVERSHEDS SUTHERLAND (US) LLP**<br>Peter A. Ivanick<br>Sarah E. Paul<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>peterivanick@eversheds-sutherland.com<br>sarahpaul@eversheds-sutherland.com |

*Counsel for the Ad Hoc Committee
of Non-US Customers of FTX.com*